AO 245H    (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| RONALD COLLINS | CASE NUMBER: 15-po-00005-GPG |
| | Mark Rubinstein |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ **THE DEFENDANT** pleaded guilty to count(s)  Defendant found Guilty to Count I

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR sec 2.23(b) | Failure to pay entrance fee | 06/28/2014 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 100.00, $50 of this fine suspended |

Defendant's Soc. Sec.  _____

Defendant's Date of  _____

Defendant's USM No.:  _____

Defendant's Residence Address: _____

09/15/2015
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

Gordon P. Gallagher Magistrate Judge
Name and Title of Judicial Officer

09/18/2015
Date

Defendant's Mailing Address: